# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                              )<br>                    Plaintiff,                        )<br>                                                              )<br>                                                              )<br>     vs.                                                   )<br>                                                              )<br> CARLOS CANALES HERNANDEZ,       )<br>                                                              )<br>                    Defendant.                     )<br>                                                              ) | 4:11MJ3040<br><br><br>DETENTION ORDER<br><br>COMPLAINT |

The defendant waived the right to a detention hearing and agreed to detention. Pursuant to 18 U.S.C. § 3142(f) and § 3143(a) of the Bail Reform Act, and Fed. R. Crim. P. 5 (d)(3),

IT IS ORDERED,

1) The above-named defendant shall be detained pending the preliminary hearing in this case.

2) A preliminary hearing will be held on **September 13, 2011 at 2:30 p.m.** before the undersigned magistrate judge. Counsel for the government, defense counsel, and the defendant shall attend the hearing.

August 30, 2011                                                BY THE COURT:


                                                                           s/Cheryl R. Zwart
                                                                           Cheryl R. Zwart
                                                                           United States Magistrate Judge